UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER GONZALEZ, | ) | Case No. CV 11-1909 R (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| HEDGPETH, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _June 20, 2012_           _____
                                HON. MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE